# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-06-00530-CR

**Wardell Moore, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF FAYETTE COUNTY, 155TH JUDICIAL DISTRICT NO. 2005R-027, HONORABLE DAN R. BECK, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant's brief was originally due November 15, 2006. The time for filing was extended twice on counsel's motion. On February 21, 2007, in granting the second extension, the Court ordered appellant's appointed attorney, Calvin Garvie, to file a brief on appellant's behalf no later than March 5, 2007. Counsel did not file a brief as ordered.

The appeal is abated. The district court shall conduct a hearing to determine whether the attorney it appointed to represent appellant has abandoned the appeal. Tex. R. App. P. 38.8(b)(2). The court shall make appropriate findings and recommendations. If necessary, the court shall appoint substitute counsel who will effectively represent appellant. A record from this hearing, including copies of all findings and orders and a transcription of the court

reporter's notes, shall be forwarded to the Clerk of this Court for filing as a supplemental record no later than May 22, 2007.  Rule 38.8(b)(3).

_____

Bob Pemberton, Justice

Before Justices Patterson, Pemberton and Waldrop

Abated

Filed:   April 24, 2007

Do Not Publish